IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MARCIE ISAACSON )
)
      Plaintiff, )
)
v. ) Case No. CIV-10-678-M
)
JOE B. ISSACSON, )
)
)
      Defendant. )

## **STIPULATED PROTECTIVE ORDER**

The parties recognize that some of the documents and other potential evidence in this case, primarily wire recordings, prescriptions, prescription medications, and medical records may be subject to confidentiality requirements and their use and/or disclosure may be questioned. The parties also recognize that this information may be within the proper scope of disclosure under Rule 26(b). This Stipulated Protective Order is the parties attempt to provide discovery within the bounds of the rule without incurring personal liability for providing the requested information.

This Protective Order is intended to protect the parties, their attorneys, expert witnesses, office staff, and others properly reviewing this information in preparation for trial and to otherwise protect the confidential nature of the information. All parties also recognize that there are presently two other judicial proceedings pending between these parties (hereafter "Related Litigation") and there needs to be communication between attorneys in those proceedings, if for no other reason that attempting to avoid duplication of work efforts in order to manage the costs to the respective clients.

The Federal Rules of Civil Procedure provide for the issuance of protective orders and stipulations limiting the disclosure of confidential information such as describe above. Therefore

the parties have stipulated as follows:

1. This Order shall be applicable to and govern all wire recordings, prescriptions, prescription medications, lists of prescription medications, and medical records of the parties. It shall also include responses for requests for production of documents, answers to interrogatories, responses to requests for admissions, and any portion of the depositions of the parties where this information is discussed

2. The above referenced information from paragraph one (1) may be disclosed only to the following persons:

    a. The attorneys working on this action or any other action between these parties, the Related Litigation, paralegal assistants, stenographic and clerical employees working under the direct supervision of such counsel.

    b. Any expert witness(es) or non-testifying consultant(s) who are expressly retained or sought to be retained by any attorney described in paragraph 2(a), with disclosure only to the extent necessary to perform such work:

    c. The Plaintiff and the Defendant.

    d. Any persons identified therein as the author(s), addressee(s), designated recipient(s) of that document, or records custodian of any document or evidentiary item designated pursuant to this Stipulated Protective Order; and

    e. The Court and its professional staff and independent court reporters retained to report depositions or proceedings in this case.

3. Any persons with such access to the information will be made aware of this Stipulated Protective Order prior to receiving any information for the parties and their counsel. All

parties recognize that most, if not all, of the information in question has previously been supplied to counsel for these parties in the Related Litigation, thus they already have knowledge.

4. Both parties agree and acknowledge that in making these disclosures the parties and their counsel are acting pursuant to the order of this Court and they shall incur no personal liability for making the disclosures called for herein.

5. This Stipulated Protective Order shall not be construed as waiving any right to assert a claim of privilege, relevance, over breadth, burdensomeness or other grounds for not producing material called for, and access to such material shall only be as otherwise provided by the discovery rules and other applicable law.

**IT IS SO ORDERED this 1st day of September, 2010.**

*Vicki Miles LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Tom Cummings
Tom M. Cummings, OBA #2089
701 NW 13th Street
Oklahoma City, Oklahoma 73103-2206
(405) 521-8900 (telephone)
(405) 604-9054 (facsimile)
E-mail: tom.cummings@coxinet.net

*ATTORNEY FOR PLAINTIFF*

/s/ Carl Hughes
Carl Hughes, OBA# 4463
HUGHES & HUGHES

1218 E. 9th Street, Suite 8
Edmond, OK 73034
(405) 848-0111 (telephone)
(405) 848-3507 (facsimile)
E-mail: carl.hughes@sbcglobal.net

*ATTORNEYS FOR DEFENDANT*